ACCEPTED
03-13-00817-CV
6204814
THIRD COURT OF APPEALS
AUSTIN, TEXAS
7/23/2015 5:31:10 PM
JEFFREY D. KYLE
CLERK

# BYRD DAVIS FURMAN & ALDEN, LLP

ATTORNEYS AND COUNSELORS
EST.'D 1959

707 West 34th Street, Austin, Texas 78705-1294

Don L. Davis♦‡
dondavis@byrddavis.com

James H. Furman♦†
jfurman@byrddavis.com

Robert C. Alden †
ralden@byrddavis.com

Kevin O. Henrichson
khenrichson@byrddavis.com
_____

*Of Counsel*
Derek L. Davis
ddavis@byrddavis.com
_____

L. Tonnett Byrd
*(1921 – 2007)*
Jack C. Eisenberg♦†
*(1927-2011)*
David H. Walter
*(1948 – 2003)*

♦*Board Certified, Personal
Injury Trial Law, Texas Board
of Legal Specialization*

†*AV Rated by
Martindale-Hubbell*

‡*Licensed in Texas
and Colorado*

▲*Retired*

July 23, 2015

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

7/23/2015 5:31:10 PM

JEFFREY D. KYLE
Clerk

*via E-File*

Jeffrey D. Kyle
Clerk of the Court
Price Daniel Sr. Building
209 West 14th Street, Room 101
Austin, TX  78701

Re:     Cause No. **03-13-00817-CV**;
        *Seton Family of Hospitals, d/b/a Seton Medical Center vs. Beverly J. Haywood*
        In the Third Court of Appeals

Dear Mr. Kyle:

Please take notice that I will be on vacation from August 29, 2015, through September 5, 2015.

By copy of this letter, I am advising all interested parties of my vacation designation.  I request that no hearings, depositions or trial be scheduled during this time that would require my response and/or my attendance.

Sincerely,

BYRD DAVIS FURMAN & ALDEN, LLP

Robby Alden

cc:     Emily J. Davenport   (via E-Service)
        KEMPSMITH
        816 Congress Ave., Ste. 1260
        Austin, TX  78701